R.I. Local Form 1007-1.2
(Rev. 7/1/15)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
------------------------------*
In re: Sandra A Sanchez :

: BK No.
Debtor(s) Chapter 7
:
------------------------------*

## CERTIFICATION BY PRO SE DEBTOR

On 11-14-2019, a voluntary bankruptcy petition was filed by the undersigned, appearing pro se and without legal counsel. Certification is hereby made that:

**CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME AND ADDRESS OF ASSISTANCE PROVIDER:**

(1) _____ No persons and/or entities, other than myself/us, assisted in the preparation, typing, and/or completion of said petition and/or related schedules;

(2) ___✓___ the following persons and/or entities constitute the only persons/entities who assisted in the preparation, typing, and/or completion of said petition and all related schedules, and represent the only sums paid by me/us for these services:

| NAME AND ADDRESS OF ASSISTANCE PROVIDER | TOTAL AMOUNT PAID |
|---|---|
| Morris Williams | 0 |
| | |

I hereby certify under penalty of perjury that the above information is true and accurate to the best of my knowledge. I am aware that the providing of false or incomplete information may result in the denial of discharge in bankruptcy and/or other sanctions.

11-14-2019
DATE

Sandra A Sanchez
SIGNATURE
Phone number (461) 297-1267

**WOULD YOU LIKE TO RECEIVE COURT NOTICES SOONER BY E-MAIL INSTEAD OF REGULAR MAIL?**
*See reverse side for information about this new electronic noticing service available to debtors.*