**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Sandra A Sanchez          BK No. 1:19−bk−11742

Debtor(s)                        Chapter 7

---

*Service of Certified Copy of the Docket Indicating the Absence of a Filed*
*Certification and the Applicability of the Exception to the Stay Under 11 U.S.C. § 362(b)(22)*

Pursuant to 11 U.S.C.§ 362(l)(4)(B) and LBR 4001−4, enclosed is a certified copy of the court docket in the above case, indicating:

☐  The absence of a filed Initial Statement of Eviction Judgment in compliance with 11 U.S.C. § 362(l)(1) and R.I. LBR 4001−4.

☑  The failure to deposit with the Court, any rent that would become due during the 30−day period after the filing of the petition in compliance with 11 U.S.C.§ 362(l)(1) and R.I. LBR 4001−4.

☑  The absence of a filed Statement of Payment of An Eviction Judgment.

Based on the above−indicated failure to comply with 11 U.S.C. § 362(l)(1) and/or R.I. LBR 4001−4, the Court hereby serves notice of the applicability of the exception to the stay under 11 U.S.C. § 362(b)(22).

*Certificate of Service:* I hereby certify that this Service of Certified Copy of the Docket Indicating the Absence of a Filed Certification and the Applicability of the Exception to the Stay Under 11 U.S.C.§ 362(b)(22) was served this date on the Lessor and the Debtor and their counsel, if applicable, by regular mail.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **11/14/19**

Entered on Docket: **11/14/19**
Document Number: **6**

821.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*

# United States Bankruptcy Court
## District of Rhode Island (Providence)
## Bankruptcy Petition #: 1:19-bk-11742

*Date filed:* 11/14/2019

*Assigned to:* Judge Diane Finkle
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor*<br>**Sandra A Sanchez**<br>42 Top Hill Road<br>Providence, RI 02904<br>PROVIDENCE-RI<br>401-297-1267<br>SSN / ITIN: xxx-xx-4279 | represented by **Sandra A Sanchez**<br>PRO SE |

*Assistant U.S. Trustee*
**Gary L. Donahue**
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

*Trustee*
**Charles A. Pisaturo, Jr.**
Law Offices of Charles A. Pisaturo Jr.
1055 Elmwood Avenue
Providence, RI 02907-2817
(401) 274-3800

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 11/14/2019 | 1 | Chapter 7 Voluntary Petition Individual. . Fee Amount $335 Filed by Sandra A Sanchez . (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Sandra A Sanchez . (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | 3 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. Amount Paid: 0.00 Dollars. Name of Preparer: Morris Williams. Document Preparer Morris Williams added to case. Filed by Debtor Sandra A Sanchez . (Fortes, Dina) Additional attachment(s) added on 11/14/2019 (Fortes, Dina). (Entered: 11/14/2019) |

| | | |
|---|---|---|
| 11/14/2019 | ● | Judge Diane Finkle added to case (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | ●[4](#) | 7 Day Order re: Missing Documents and Certificate of Service. Missing Items: CREDITOR LIST, CREDIT COUNSELING. Missing Items: Creditor list, and certificate of credit counseling.** Missing Documents Due By: 11/21/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | ●[5](#) | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)[1](#) Voluntary Petition (Chapter 7) filed by Debtor Sandra A Sanchez). To view the specific items listed in the Missing Documents Order, click on the document number for this entry. Missing Documents Due By: 11/29/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | ● | Duplicate Filer. Information regarding previous filing: Case No.: **16-10131**, Filing Date: 01/26/2016, Chapter: 13, Closing Date: 02/14/2017, Disposition: DISMISSED. Case No.: **15-12355**, Filing Date: 12/04/2015, Chapter: 7, Closing Date: 01/07/2016, Disposition: DISMISSED. (Fortes, Dina) (Entered: 11/14/2019) |
| 11/14/2019 | ●[6](#) | Initial Statement About an Eviction Judgment Filed by Debtor Sandra A Sanchez . "Rental Deposit was not received. (Fortes, Dina) (Entered: 11/14/2019) |