11-15 '19 AM10:49

Revised 12/1/16

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
---------------------------------*

In re: __R.I. property Wire LLC__   :   Case No. __bk-11742__
   Debtor (s)                       :   Chapter __7__
---------------------------------*

## MOTION TO DISMISS

NOW COMES THE DEBTOR(S), __R.I. property Wire LLC__ and hereby moves this Honorable Court to dismiss the chapter __7__ bankruptcy case for the following reasons: __It does not apply to her situation.__

## NOTICE

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

__Sandra A Sandra__
Signature

__11-15-2019__
Date

## CERTIFICATION

I hereby certify that a copy of the within Motion was mailed to ~~[illegible]~~ electronically to trusty and US trusty on the __15__ day of __November__, 20__19__.

__11-15-2019__                    __Sandra A Sandra__
Date                              Signature