*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Sandra A Sanchez | BK No. 1:19–bk–11742 |
| Debtor(s) | Chapter 7 |

## NOTICE OF CORRECTIVE ACTION REQUIRED

PLEASE TAKE NOTICE THAT A CORRECTIVE ACTION IS REQUIRED BY FILER – (related document(s)8 Motion to Dismiss Case). Solution: The filer is directed to refile the document in proper form. This document is terminated and no further action will be taken by the Court. Error: RI Property Wire LLC is not a debtor in the Bankruptcy Court for the District of Rhode Island.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **11/15/19**

Entered on Docket: **11/15/19**
Document Number: **9 – 8**

520.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*